# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | |
| Plaintiffs, | **8:16CR347** |
| vs. | |
| **DONETTE BLACKBIRD,** | **DISMISSAL ORDER** |
| Defendant. | |

This matter is before the Court on the Government's Motion For Dismissal, ECF No. 56. Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Indictment, without prejudice, as it relates to the above-named Defendant.

IT IS ORDERED:

1. The Government's Motion For Dismissal, ECF No. 56, is granted, and

2. The Indictment, ECF No. 1, is dismissed, without prejudice, as it pertains to Defendant Donette Blackbird.

Dated this 23rd day of March, 2017.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge